IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEANAIRE NC<br>933 Louise Ave.<br>Charlotte, North Carolina 28204;<br><br>SUSTAINABLE NEWTON<br>PO Box 146<br>Oxford, Georgia 30054;<br><br>VIRGINIA INTERFAITH POWER & LIGHT<br>P.O. Box 26059<br>Richmond, Virginia 23260;<br><br>NATURAL RESOURCES DEFENSE<br>COUNCIL, INC.<br>40 West 20th Street, 11th Floor<br>New York, New York 10011;<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, President of the United States, in his official capacity;<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; and<br><br>LEE ZELDIN, Administrator of the U.S. Environmental Protection Agency, in his official capacity;<br><br>               Defendants. | Case No. 1:26-cv-233 |

### **MOTION FOR ADMISSION OF ATTORNEY SHEENA PATEL *PRO HAC VICE***

      Pursuant to Local Civil Rule 83.2(c), Sarah Buckley, a member in good standing of the bar of this Court and counsel in this matter for Natural Resources Defense Council, moves for the admission and appearance of attorney Sheena Patel *pro hac vice* in the above-entitled action

1

as counsel for plaintiff Natural Resources Defense Council. This motion is supported by the Declaration of Sheena Patel, filed herewith.

As set forth in Ms. Patel's declaration, she is admitted and an active member in good standing in the District of Columbia. Ms. Patel is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

DATED: January 29, 2026			Respectfully Submitted,

/s/ *Sarah Buckley*
SARAH BUCKLEY (D.C. Bar No. 90035401)
Natural Resources Defense Council
1152 15th Street NW, Suite 300,
Washington, DC 20005
(202) 836-9555
sbuckley@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

CleanAIRE NC, et al.
_____
Plaintiff(s)

vs.

Donald Trump, et al.
_____
Defendant(s)

Case Number: 1:26-cv-233

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Sheena Patel

2. State bar membership number: DC Bar No. 90029725

3. Business address, telephone and fax numbers:
   1152 15th St NW #300, Washington, DC 20005, Telephone No. 2028369470

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   District of Columbia

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? Yes ☐ No ☒

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? Yes ☐ No ☒
   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. None
   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? Yes.

9. Do you have a pending application for admission into USDC for the District of Columbia? No.

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

### (CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

| January 29, 2026 | *Sheera Pate* (signature) |
|---|---|
| DATE | SIGNATURE OF ATTORNEY |

2



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Sheena Patel*

*was duly qualified and admitted on December 9, 2024 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 27, 2026.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEANAIRE NC<br>933 Louise Ave.<br>Charlotte, North Carolina 28204;<br><br>SUSTAINABLE NEWTON<br>PO Box 146<br>Oxford, Georgia 30054;<br><br>VIRGINIA INTERFAITH POWER & LIGHT<br>P.O. Box 26059<br>Richmond, Virginia 23260;<br><br>NATURAL RESOURCES DEFENSE<br>COUNCIL, INC.<br>40 West 20th Street, 11th Floor<br>New York, New York 10011;<br><br>　　　　　*Plaintiffs*,<br><br>　　　　　v.<br><br>DONALD TRUMP, President of the United States, in his official capacity;<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; *and*<br><br>LEE ZELDIN, Administrator of the U.S. Environmental Protection Agency, in his official capacity;<br><br>　　　　　*Defendants*. | Case No. 1:26-cv-233 |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSIONS *PRO HAC VICE* OF ATTORNEY SHEENA PATEL

Upon consideration of the motion for admission *pro hac vice* of attorney Sheena Patel as counsel for plaintiff Natural Resources Defense Council in the above-captioned matter, and finding that good cause exists to grant the Motion, it is hereby ORDERED that the Motion for Admission *pro hac vice* for Sheena Patel is GRANTED, and it is further

ORDERED that Sheena Patel be admitted *pro hac vice* for plaintiff Natural Resources Defense Council in this matter.

DATED this \_\_\_\_ day of _____, 2026.

_____
United States District Court Judge