**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TEXAS ENVIRONMENTAL JUSTICE ADVOCACY SERVICES, et al.,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**DONALD TRUMP, et al.**<br><br>**Defendants.** | Civil No. 1:25-cv-03745-CRC |
| **GREATER-BIRMINGHAM ALLIANCE TO STOP POLLUTION, et al.,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**DONALD TRUMP, et al.**<br><br>**Defendants.** | Civil No. 1:25-cv-04469-CRC |
| **MINNESOTA CENTER FOR ENVIRONMENTAL ADVOCACY, et al.,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**DONALD TRUMP, et al.**<br><br>**Defendants.** | Civil No. 1:26-cv-00287-CRC |
| **CLEANAIRE NC, et al.,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**DONALD TRUMP, et al.**<br><br>**Defendants.** | Civil No. 1:26-cv-00233-CRC |

**UNITED STATES' MOTION TO CONSOLIDATE CASES,**
**DESIGNATE LEAD CASE, AND PLACE REMAINING CASES IN ABEYANCE**

The United States respectfully moves the Court to consolidate *t.e.j.a.s. et al., v. Trump*, *et al.*, 1:25-cv-03745-CRC (D.D.C.), *Greater-Birmingham Alliance to Stop Pollution et al., v. Trump, et al.*, 1:25-cv-04469-CRC (D.D.C.), *Minnesota Center for Environmental Advocacy et al., v. Trump, et al.*, 1:26-cv-00287-CRC (D.D.C.), and *CleanAire NC, et al. v. Trump, et al.*, 1:26-cv-00233-CRC (D.D.C.). The United States further moves to designate *t.e.j.a.s.* as the lead case and place the remaining three cases in abeyance pending the Court's resolution of Defendants' motion to dismiss in *t.e.j.a.s.*[1]

//

[1] The United States initially filed this motion in *t.e.j.a.s.* on February 20, 2026, alongside notices of the motion in *GBASP*, *MCEA*, and *CleanAire*. Upon direction from chambers in a joint call from plaintiffs' counsel and United States counsel on February 25, 2026, the United States now files this identical motion in *GBASP*, *MCEA*, and *CleanAire*.

Dated: February 26, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

ROBERT N. STANDER
Deputy Assistant Attorney General
Environment & Natural Resources Division

/s/ *DanielJMartin*
DANIEL J. MARTIN
LAURA J. BROWN
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-1869

HALI KERR
Attorney-Advisor
EPA Office of General Counsel
Washington, DC