## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLEANAIRE NC et al.

*Plaintiffs*,

v.

DONALD TRUMP, President of the
United States, in his official capacity, et al.

*Defendants*.

**Case No. 1:26-cv-233**

**Motion to Intervene**

### THE ETHYLENE OXIDE STERILIZATION ASSOCIATION'S
### MOTION TO INTERVENE AS A DEFENDANT AND DEFER FILING PLEADING

The Ethylene Oxide Sterilization Association (EOSA) respectfully moves under Fed. R. Civ. P. 24(a)(2) and Local Civil Rule 7(j) to intervene as a matter of right as a defendant in this action. EOSA alternatively moves for permissive intervention under Fed. R. Civ. P. 24(b)(1)(B). EOSA submits the attached memorandum and proposed order in support of this Motion.

In the interest of a "just, speedy, and inexpensive determination" of this case, because no party will be prejudiced, and because EOSA's interest is "apparent," its Motion to Intervene should be granted without an accompanying pleading. *See Washington All. of Tech. Workers v. DHS*, 395 F. Supp. 3d 1, 21 n.4 (D.D.C. 2019) (internal quotation and citation omitted). Instead, EOSA requests that the Court permit it to file a non-duplicative Motion to Dismiss pursuant to Fed. R. Civ. P. 24(c) and Local Civil Rule 7(j) on or before May 8, 2026, when the Government Defendants must file their Reply in support of their Motion to Dismiss. *See* March 17, 2026, Minute Order.

As required by LCvR 7(m), counsel for EOSA conferred with counsel for Plaintiffs and Defendants, who conveyed that their respective clients take no position on this Motion to Intervene.

1

2

Dated:  March 23, 2026

Respectfully submitted,

 /s/  Amanda Shafer Berman
Amanda Shafer Berman
aberman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue
Washington, DC 20004
Telephone: 202.688.3451
Facsimile: 202.628.5116

*Counsel for The Ethylene Oxide
Sterilization Association, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

Dated:  March 23, 2026

Respectfully submitted,

/s/  Amanda Shafer Berman
Amanda Shafer Berman
aberman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue
Washington, DC 20004
Telephone: 202.688.3451
Facsimile: 202.628.5116

*Counsel for The Ethylene Oxide
Sterilization Association, Inc.*

3